JACKSON LEWIS P.C.
RONALD Q. TRAN (SBN 294873)
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: ronald.tran@jacksonlewis.com

JACKSON LEWIS P.C.
RAJA A. HAFED (SBN 311778)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141
Email: raja.hafed@jacksonlewis.com

Attorneys for Defendant
SWIPEJOBS, LLC

[Continued on the next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER REYNA,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED FACILITIES, INC., a corporation; SWIPEJOBS, LLC, a corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 2:25-CV-03015-WBS-AC<br><br>**JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO ARBITRATION; ORDER**<br><br>Complaint Filed:    09/15/2025<br>Trial Date:            Not Set<br>Removal Filed:      10/17/2025 |

THE LYMAN FIRM, APC
DAN R. LYMAN (SBN 319010)
3558 Round Barn Boulevard, Ste. 200
Santa Rosa, CA 95403
Telephone: (707) 536-0231
Fax: (707) 536-0231
Email: Dan@thelymanfirm.com

Attorney for Plaintiff
JENNIFER REYNA

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
DIANE M. ESTRADA (SBN 212702)
555 s. Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 443-5100
Fax: (213) 443-5101
Email: diana.estrada@wilsonelser.com

Attorney for Defendant
UNITED FACILITIES, INC.

Joint Stipulation to Submit Plaintiff's Claims to Arbitration   Case No. 2:25-CV-03015-WBS-AC

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JENNIFER REYNA ("Plaintiff") and Defendants UNITED FACILITIES, INC. and SWIPEJOBS, LLC ("Defendants") (collectively "Parties"), as follows:

**WHEREAS**, Plaintiff was a former employee of Defendant Swipejobs, LLC, a temporary staffing agency, and was assigned to provide services for Swipejobs, LLC's client, United Facilities, Inc. in Stockton, California.

**WHEREAS**, on or about July 15, 2021, Plaintiff signed and entered into a Mutual Agreement (the "Arbitration Agreement") with Defendant Swipejobs, LLC, which Defendants contend requires Plaintiff and Defendants to submit all disputes either party may have against the other arising out of the employment relationship to binding arbitration (attached hereto as **Exhibit A**).

**WHEREAS**, on September 15, 2025, Plaintiff filed an action in the Superior Court of the State of California, in and for the County of San Joaquin, entitled *Jennifer Reyna v. United Facilities, Inc., Swipejobs, LLC, and Does 1 to 50*, which was designated by that court as case number STK-CV-UWT-2025-13259 ("Action").

**WHEREAS**, in the Action, Plaintiff alleges seven causes of action: (1) Retaliation in Violation of California Labor Code section 6310; (2) Retaliation in Violation of California Labor Code section 1102.5(b); (3) Wrongful Termination in Violation of Public Policy; (4) Violation of Cal. Labor Code § 226.7 (Rest Break Violations); (5) Violation of Cal. Labor Code § 226(a) (Wage Statement Violations); (6) Waiting Time Penalties Pursuant to California Labor Code section 203; and (7) Unfair Business Practices in Violation of Business and Professions Code section 17200 et seq.

**WHEREAS**, on October 16, 2025, Defendant Swipejobs, LLC timely filed an Answer to Plaintiff's Complaint, asserting as an affirmative defense that Plaintiff agreed, in writing, to arbitrate any dispute, claim or controversy arising out of her employment with Defendant Swipejobs, LLC including the claims asserted in the Complaint.

**WHEREAS**, on October 17, 2025, Defendant Swipejobs, LLC timely removed the Action pursuant to diversity citizenship to the United States District Court, Eastern District of

California and was assigned Magistrate Judge Allison Claire under Case No. 2:25-cv-03015-AC.

**WHEREAS**, on October 31, 2025, Defendant United Facilities, Inc. timely filed an Answer to Plaintiff's Complaint, asserting as an affirmative defense that Plaintiff agreed, in writing, to arbitrate any dispute, claim or controversy arising out of her employment with Defendant Swipejobs, LLC, including the claims asserted in the Complaint.

**WHEREAS**, on December 1, 2025, the Action was reassigned to Senior District Judge William B. Shubb and Magistrate Judge Allison Claire under a new case No. 2:25-cv-3015 WBS AC.

**WHEREAS**, on December 1, 2025, this Court scheduled the Status (Pretrial Scheduling) Conference for April 6, 2026.

**WHEREAS**, the Parties met and conferred regarding the Arbitration Agreement and Defendants requested that Plaintiff stipulate to binding arbitration pursuant to the terms of the Arbitration Agreement.

**WHEREAS**, on February 20, 2026, the Parties agreed to submit the Action to binding arbitration, including all causes of action asserted in Plaintiff's Complaint.

**WHEREAS**, Plaintiff agrees to proceed with arbitration of the claims asserted in this action for purposes of efficiency and to avoid duplicative proceedings. Nothing in this stipulation shall be construed as an admission by Plaintiff regarding whether any particular Defendant is a signatory to or independently entitled to enforce the Arbitration Agreement.

**IT IS HEREBY STIPULATED AND AGREED TO**, by and between Plaintiff and Defendants, through their respective attorneys, as follows:

1. The Parties agree to submit all of Plaintiff's claims asserted in this Action to final and binding arbitration pursuant to the terms of the Arbitration Agreement.

2. The Action shall be stayed and submitted to binding arbitration pursuant to the Arbitration Agreement and the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 et seq.

3. The Court shall retain jurisdiction of the Action to enforce the terms of the Stipulation, if either party seeks to confirm or enforce the arbitration award, if

necessary following arbitration.

IT IS SO STIPULATED.

Dated:  March 9, 2026                                    THE LYMAN FIRM, APC


By: */S/ Dan R. Lyman* as authorized on 3/06/2026
Dan R. Lyman
Attorney for Plaintiff
JENNIFER REYNA


Dated:  March 9, 2026                                    JACKSON LEWIS P.C.




By:    */S/ Raja A. Hafed*
Ronald Q. Tran
Raja A. Hafed
Attorneys for Defendant
SWIPEJOBS, LLC




Dated:  March 9, 2026                                    WILSON, ELSER, MOSKOWITZ,
                                                         EDELMAN & DICKER LLP


By: */S/ Diana M. Estrada* as authorized on 3/04/2026
Diana M. Estrada
Attorneys for Defendant
UNITED FACILITIES, INC.

Joint Stipulation to Submit Plaintiff's Claims to Arbitration   Case No. 2:25-CV-03015-WBS-AC

## ORDER

Pursuant to the Parties' Stipulation, IT IS SO ORDERED that:

1. This   Action is stayed and submitted to binding arbitration pursuant to the Arbitration Agreement and the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 et seq.

2. The Court shall retain jurisdiction of the Action to enforce the terms of the Stipulation, if either party seeks to confirm or enforce the arbitration award, if necessary following arbitration.

3. All pending dates and deadlines are vacated.

4. The Clerk shall close this file administratively, subject to it being reopened upon the application of either party after arbitration has been fully completed.

**IT IS SO ORDERED.**

Dated:  March 9, 2026

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Joint Stipulation to Submit Plaintiff's Claims to Arbitration   Case No. 2:25-CV-03015-WBS-AC